IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| PATRICK MALONE, AS GUARDIAN OF B.R.M., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No: 3:20-cv-942 ) District Judge Aleta Trauger |
| WOLTERS KLUWER UNITED STATES, INC., DEARBORN NATIONAL LIFE INSURANCE COMPANY GROUP LIFE POLICY NUMBER F019103-0001, AN EMPLOYEE WELFARE BENEFIT PLAN; and THE DEARBORN GROUP f/k/a DEARBORN NATIONAL LIFE INSURANCE COMPANY, | ) Magistrate Judge Alistair E. Newbern ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT MEDIATION REPORT

Pursuant to Docket Entry No. 66, counsel for the parties report that they have discussed whether this case may be resolved through settlement at this time. At this time, the parties are unable to agree whether mediation would be worthwhile, but are continuing to discuss potential resolution of this matter. The Parties will notify the Court promptly if they come to believe that mediation would be helpful to assist in resolving this matter.

                                                          Respectfully submitted,

                                                          /s/ D. Gil Schuette
                                                          D. Gil Schuette (No. 30336)
                                                          Mark W. Lenihan (No. 36286)
                                                          SIMS|FUNK, PLC
                                                          3322 West End Ave., #200
                                                          Nashville, Tennessee 37203

(615) 292-9335
gschuette@simsfunk.com
mlenihan@simsfunk.com

*Attorneys for Plaintiff*

/s/ Sean K. McMahan
Sean K. McMahan (*admitted pro hac vice*)
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000
sean.mcmahan@morganlewis.com

Jonathan E. Nelson (#28029)
Bass, Berry & Sims, PLC
100 Peabody Place, Suite 1300
Memphis, TN 38103
(901) 543-5900
Fax: (901) 543-5999
jnelson@bassberry.com

*Attorneys for WOLTERS KLUWER*

/s/ Jennifer S. Rusie
Jennifer S. Rusie (#26009)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Suntrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446
(615) 687-2223
jennifer.rusie@odnss.com

*Attorneys for DEARBORN NATIONAL LIFE INSURANCE COMPANY*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 1st day of October, 2021, a copy of the foregoing was filed electronically and served via the Court's ECF filing system on all counsel of record to:

Jennifer S. Rusie
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Sun Trust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219
jennifer.rusie@odnss.com

Jonathan E. Nelson (TN B.P.R. #28029)
Bass, Berry & Sims PLC
100 Peabody Place, Suite 1300
Memphis, TN 38103
Tel: 901-543-5900
Fax: 901-543-5999
jnelson@bassberry.com

Sean K. McMahan
Morgan, Lewis & Bockius (DC Office)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000
sean.mcmahan@morganlewis.com

                                                         /s/ D. Gil Schuette