Motion GRANTED.
Extension to 1/14/2022.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICK MALONE, AS GUARDIAN OF B.R.M., <br><br> Plaintiff, <br><br> v. <br><br> WOLTERS KLUWER UNITED STATES, INC.; PROVATION MEDICAL, INC.; DEARBORN NATIONAL LIFE INSURANCE COMPANY GROUP LIFE POLICY NUMBER F019103-0001, AN EMPLOYEE WELFARE BENEFIT PLAN; AND THE DEARBORN GROUP F/K/A/ DEARBORN NATIONAL LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:20-cv-00942 |

**JOINT MOTION FOR EXTENSION OF TIME TO EXTEND DISPOSITIVE MOTION DEADLINE**

The parties jointly request that the dispositive motion deadline be extended from December 31, 2021 to January 14, 2022. The parties have reached a settlement in principle and are still working out the release language. The parties agree that it will be counterproductive to finalizing the settlement if they need to devote time and money to drafting dispositive motions.

The parties certify that this joint motion is done in good faith and not for the purposes of delay. There is no trial set for this ERISA-governed case. Accordingly, this extension will not impact any other Court-ordered deadlines.

Dated this 30th day of December 2021.